UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

                        **Plaintiff,**

v.

**CALEDONIAN NYC INC, d/b/a
THE GRISLY PEAR**, a New York
for profit Corporation,

                        **Defendants.**
_____/

Case No. 1:16-CV-01194

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE***

Plaintiff FREDKIEY HURLEY, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that the parties have resolved all claims, including any claims for attorneys' fees, costs and litigations expenses, *vis-à-vis* an out of Court settlement, and therefore seeks a dismissal of all claims *with prejudice*.

                                                  By: /s/ Tara Demetriades
                                                  Tara Demetriades, Esq.
                                                  New York Bar No. 4158666
                                                  Counsel for Plaintiff
                                                  **ADA Accessibility Associates**
                                                  1076 Wolver Hollow Road
                                                  Oyster Bay, NY 11771
                                                  E: TDemetriades@Aol.com
                                                  T: (516) 595-5009