# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**FREDKIEY HURLEY**, individually,

**Case No. 1:16-CV-01194**

**Plaintiff,**

**v.**

**CALEDONIAN NYC INC, d/b/a**
**THE GRISLY PEAR , a New York**
**for profit Corporation,**

**Defendants.**

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL *WITH PREJUDICE*

Plaintiff FREDKIEY HURLEY, by and through his undersigned counsel, and

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby gives notice that

the parties have resolved all claims, including any claims for attorneys' fees, costs

and litigations expenses, *vis-à-vis* an out of Court settlement, and therefore seeks a

dismissal of all claims *with prejudice*.

By: /s/ Tara Demetriades_____
Tara Demetriades, Esq.
New York Bar No. 4158666
Counsel for Plaintiff
**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

SO ORDERED:

HON. VERNON S. BRODERICK    6/14/16
UNITED STATES DISTRICT JUDGE